UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE USA, INC., a California corporation,<br>            Plaintiff,<br>      vs.<br>HUROM L.S. CO., LTD, a Korean corporation, *et al.*<br>            Defendants. | Case No. CV13-8324-DMG (AJWx)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE [56]** |
| HUROM L.S. CO., LTD, a Korean corporation, *et al.*,<br>            Counterclaimant,<br>      vs.<br>BREVILLE USA, INC., a California corporation, *et al.*,<br>            Counterdefendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the parties' Stipulation for an Order for Dismissal of the Action With Prejudice, and GOOD CAUSE APPEARING, this Court makes the following Order:

(1)   The Complaint and Counter-Complaint are dismissed with prejudice;

(2)   Each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: September 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE